**JWB**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clyde Brown, | ) No. CV 1-08-1116-MHM |
|     Plaintiff, | ) **ORDER** |
| vs. | ) |
| D. Adams, et al., | ) |
|     Defendants. | ) |

Before the Court is Plaintiff's Motion for Clarification (Doc. # 27). Plaintiff appears to be confused between service of process of this action on Defendant and Plaintiff's requirement to serve copies of his filings on Defendant. This action has already been served on Defendant. But Plaintiff is still required to serve a copy of every document he files on Defendant.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Clarification (Doc. # 27) is **granted** to the extent explained herein.

DATED this 5th day of November, 2009.

Mary H. Murgula
United States District Judge