IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clyde Brown, | No. CV 1-08-1116-PHX-MHM |
| Plaintiff, | **ORDER** |
| vs. | |
| D. Adams, et al., | |
| Defendants. | |

Plaintiff having filed a Request (Motion) for Extension of Time to Respond to Respondent's Interrogatories Set Two, and good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion for Extension of Time. (Doc. 53)

**IT IS FURTHER ORDERED** granting Plaintiff 30 days from the date of the filing of this Order to file his responses to Defendants' second set of interrogatories.

**IT IS FURTHER ORDERED** denying as moot Plaintiff's Motion Requesting Denial of Defendants' Request for Extension of Time. (Doc. 52)

DATED this 2nd day of August, 2010.

Mary H. Murguia
United States District Judge