IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Clyde Brown, | No. 1:08-CV-1116-MHM |
| Plaintiff, | **ORDER** |
| vs. | |
| Warden D. Adams, et al., | |
| Defendants. | |

Pursuant to Rule 16(d) of the Federal Rules of Civil Procedure, a Final Pretrial Conference shall be held telephonically on **August 30, 2011 at 2:00 p.m.** in Courtroom 505, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151. In preparation for this Final Pretrial Conference, **IT IS HEREBY ORDERED**:

1. Counsel for Defendant shall initiate a conference call to include Plaintiff and the Court at the time set for the Final Pretrial Conference. The attorneys who will be responsible for the trial of the case shall participate in the Final Pretrial Conference.

2. The Court will not allow the parties to offer any exhibit, witness, or other evidence that was not disclosed in accordance with the provisions of this Order and the Federal Rules of Civil Procedure, and listed in the Proposed Final Pretrial Order, except to prevent manifest injustice.

3. The parties must (a) exchange copies of all exhibits to be used at trial no later

than **August 22, 2011** (any exhibit not exchanged at this meeting will be precluded at trial), and (b) eliminate any duplicate exhibits. The August 26, 2011 deadline set by the Court at the July 6, 2011 hearing is vacated.

4. The parties must file and serve all motions in limine no later than **August 5, 2011.** Responses to motions in limine must be filed on or before **August 15, 2011.** No replies will be permitted. Each motion in limine must include proposed language for the order in limine being sought from the Court, and the proposed language must state with precision the evidence that is subject to the proposed order and the limitation or exclusion placed on the evidence. Counsel must be prepared to argue the merits of such motions at the Final Pretrial Conference.

5. If this case will be tried to a jury, the parties must complete the following tasks:

(a) The parties must file a stipulated description of the case to be read to the jury.

(b) The parties must jointly file a proposed set of voir dire questions. The voir dire questions must be drafted in a neutral manner. To the extent possible, the parties must stipulate to the proposed questions. If the parties have any disagreement about a particular question, they must state the reason for their objection below the question. The parties must also provide, for the purposes of voir dire, a joint master list of the names of every witness who may be called at trial.

(c) The parties must file proposed jury instructions in accordance with "Guidelines for Jury Instructions in Civil Cases" found at www.azd.uscourts.gov under Judges & Courtrooms/Orders, Forms and Procedures/Judge Murguia. The instructions must be accompanied by citations to legal authority. If the parties have any disagreement about a particular instruction, the party proposing the instructions will set it forth in the joint pleading and the party objections shall set forth the reason for the objection and offer an alternate instruction.

(d) Each party must file a proposed form of verdict, including any proposed special verdict forms or juror interrogatories.

(e) The joint statement of the case, proposed voir dire questions, proposed jury instructions, and forms of verdict must be submitted in WordPerfect® 9.0 or higher (or compatible) format by email to Murguia_Chambers@azd.uscourts.gov.

6. The parties must be prepared to advise the Court at the Final Pretrial Conference of the status of settlement discussions. Should settlement be reached at any time, the parties promptly must promptly file a Notice of Settlement with the Clerk of the Court.

7. Full and complete compliance with this Order is required by the Court.

**IT IS ORDERED** setting trial on **September 28, 2011 at 9:00 a.m.** in Fresno, California. Estimated length of trial: 3 days.

Dated this 22nd day of July, 2011

Mary H. Murguia
U.S. Circuit Judge