IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clyde Brown,<br><br>    Plaintiff,<br><br>vs.<br><br>D. Adams, et al.,<br><br>    Defendants. | No. CV 1-08-1116-MHM<br><br>**ORDER** |

On July 29, 2011, Plaintiff filed a Request (Motion) for Postponement of trial for 90 days due to his transfer on July 19, 2011, to CSP-Pelican Bay State Prison. (Doc. 80). Plaintiff asserts that it will take this amount of time to receive material from his property necessary to prepare for the final pre-trial conference. Accordingly,

**IT IS ORDERED** directing Defendant to filed a response to Plaintiff's motion to postpone trial by August 10, 2011.

DATED this 29th day of July, 2011.

Mary H. Murguia
Circuit Judge
Designated as United States District Judge