# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLYDE BROWN, | ) | NO. 1:08-CV-01116 MHM |
| Plaintiff, | ) ) | ORDER RANDOMLY REASSIGNING THIS ACTION FOR TRIAL ON NOVEMBER 15, 2011, TO ANOTHER DISTRICT JUDGE |
| v. | ) ) ) | |
| D. ADAMS, et al., | ) ) | |
| Defendants. | ) ) | |

The court finds it necessary to randomly reassign this action for trial on November 15, 2011, from the docket of Circuit Judge Mary H. Murguia to a District Judge and a Magistrate Judge.  See Local Rule Appendix A(f)(1).  The Clerk of the Court is DIRECTED to randomly reassign this action to a new District Judge and a Magistrate Judge .

IT IS SO ORDERED.

Dated: October 11, 2011

CHIEF UNITED STATES DISTRICT JUDGE