IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE BROWN,<br><br>            Plaintiff,<br>   vs.<br><br>WOMACK,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 08-1116 LJO JLT<br>**(NEW CASE NO. CV S 11-2726 JAM EFB)**<br><br>**ORDER TO TRANSFER AND REASSIGN** |

Because United States District Judge Lawrence J. O'Neill has numerous trial calendar conflicts with this action, this action is TRANSFERRED to the Sacramento division of the Eastern District of California and REASSIGNED to United States District Judge John A. Mendez and United States Magistrate Judge Edmund F. Brennan for trial and all further matters. **All further papers shall bear the new case number CV S 11-2726 JAM EFB.**

IT IS SO ORDERED.

**Dated:   October 17, 2011**              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1