IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE BROWN,

      Plaintiff,                  No. CIV S-11-2726 JAM EFB P

      vs.

WOMACK, et al.,

      Defendants.          <u>ORDER</u>

                                        /

      The November 21, 2011 Orders and Writs of Habeas Corpus Ad Testificandum regarding inmates James Patterson (inmate # V-57371) and Sylvester Frank Williams (inmate # P-91921), Dckt. Nos. 120 and 121, are vacated.

      The Clerk of the Court shall serve a courtesy copy of this order on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290002, Represa, California 95671-002, and via fax at (916) 294-3072.

      So ordered.

Dated: November 29, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE